```
FILED
July 20, 2009
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA
DEPUTY CLERK
```

UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,        )<br>                                                          )<br>            Plaintiff,                          )<br>v.                                                      )<br>                                                          )<br>GEORGE CRAMER,                       )<br>                                                          )<br>            Defendant.                      )<br>_____) | Case No. 2:09MJ00226-EFB<br><br>ORDER FOR RELEASE OF<br>PERSON IN CUSTODY |

TO:     UNITED STATES MARSHAL:

This is to authorize and direct you to release   GEORGE CRAMER  , Case No. 2:09MJ00226-EFB , Charge  Horse Grazing  , from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

     __   Release on Personal Recognizance

     __   Bail Posted in the Sum of $__

     _X_   Unsecured Appearance Bond

     __   Appearance Bond with 10% Deposit

     __   Appearance Bond with Surety

     __   Corporate Surety Bail Bond

     ✔   (Other)     Pretrial conditions as stated on the record.

This release order is not effective until the date defendant has signed and understands the attached "Notice to Defendant Being Released".

Issued at  Sacramento, CA  on  July 20, 2009  at  2:16 pm  .

By  /s/ Gregory G. Hollows
Gregory G. Hollows
United States Magistrate Judge

Copy 5 - Court