```
DANIEL J. BRODERICK, #89424
Federal Defender
LAUREN CUSICK, Bar #257570
Assistant Federal Defender
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700


Attorney for Defendant
GEORGE CRAMER
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Cr.S 10-66-GEB |
| Plaintiff, | |
| v. | STIPULATION AND PROPOSED ORDER TO SET HEARING ON APPEAL OF THE MAGISTRATES DECISION AND SET BRIEFING SCHEDULE |
| GEORGE CRAMER, | |
| Defendant. | Date: July 30, 2010  Time: 9:00 am.  Judge: Hon. Garland E. Burrell Jr. |

The United States of America, through MATTHEW C. STEGMAN, Assistant United States Attorney, together with defendant, GEORGE CRAMER, by counsel LAUREN CUSICK, Office of the Federal Defender, stipulate to set this case for hearing defendant's appeal of the Magistrate's decision on July 30, 2010 at 9:00 am. and set briefing schedule.

///
///
///
///
///

1       The parties stipulate to the following briefing schedule:

2       Appellants Opening Brief due . . . . . . . . . . . .   June 21, 2010

3       Respondent's Opening Brief due. . . . . . . . . .   July 12, 2010

4       Appellant's Optional Reply due . . . . . . . . . .   July 19, 2010

5       Hearing Date . . . . . . . . . . . . .   July 30, 2010 at 9:00 am.

6   Dated:  April 29, 2010

                                    Respectfully submitted,

                                    DANIEL J. BRODERICK
                                    Federal Defender


                                    /s/ Lauren Cusick
                                    LAUREN CUSICK
                                    Assistant Federal Defender
                                    Attorney for Defendant
                                    GEORGE CRAMER


Dated: April 29, 2010               BENJAMIN WAGNER
                                    United States Attorney


                                    /s/ Todd Leras for
                                    MATTHEW C. STEGMAN
                                    Assistant U.S. Attorney




                                    ORDER

IT IS SO ORDERED.

Dated:  May 6, 2010


                        _____
                        GARLAND E. BURRELL, JR.
                        United States District Judge








Stipulation and Proposed Order    -2-