```
 1  BENJAMIN B. WAGNER
    United States Attorney
 2  MATTHEW C. STEGMAN
    Assistant U.S. Attorney
 3  CATHERINE R. CHYI
    Certified Law Clerk, Misdemeanor Unit
 4  501 "I" Street, Suite 10-100
    Sacramento, CA  95814
 5  Telephone: (916) 554-2810
```

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Cr. No. 10-066-GEB |
| )  Plaintiff, ) | ORDER AUTHORIZING CERTIFIED LAW STUDENT TO APPEAR AND ARGUE ON |
| v. ) | BEHALF OF THE GOVERNMENT |
| GEORGE CRAMER, ) | DATE: September 10, 2010 |
| ) | TIME: 9:00 a.m. |
| Defendant. ) | JUDGE: Honorable Garland E. Burrell, Jr. |
| ) | |

Under Local Rule 83-181, the government's request for permission for CATHERINE R. CHYI, a certified law student in the United States Attorney's Office Misdemeanor Unit, to argue the appeal on behalf of the government is granted.

IT IS SO ORDERED.

Dated:  August 31, 2010

_____
GARLAND E. BURRELL, JR.
United States District Judge