DANIEL J. BRODERICK, #89424
Federal Defender
LAUREN CUSICK, Bar #257570
Assistant Federal Defender
Designated Counsel for Service
ETAN ZAITSU
Certified Student Attorney
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
GEORGE CRAMER

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. 10-066   GEB |
| Plaintiff, | ) | |
| v. | ) | [PROPOSED] ORDER AUTHORIZING CERTIFIED LAW STUDENT TO APPEAR AND ARGUE ON BEHALF OF THE DEFENSE |
| GEORGE CRAMER, | ) | |
| Defendant. | ) | Date: September 10, 2010<br>Time:  9:00 A.M.<br>Judge:  Hon. Garland E. Burrell, Jr. |

Under Local Rule 83-181, the defense's request for permission for ETAN ZAITSU, a certified law student in the Office of the Federal Defenders Misdemeanor Unit, to argue the appeal on behalf of the defense is granted.

IT IS SO ORDERED.

Dated:  September 7, 2010

_____
GARLAND E. BURRELL, JR.
United States District Judge

*Cramer v. United States*
Cr. S-10-066 GEB
Order forCertified Law Student to Appear and Argue          i

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28